# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159492(54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SAMANTHA LICHON,
   Plaintiff-Appellee,

v      `

MICHAEL MORSE, and MICHAEL J.
MORSE, P.C.,
   Defendants-Appellants.

SC: 159492
COA: 339972
Oakland CC: 2017-158919-CZ

_____

JORDAN SMITS,
   Plaintiff-Appellee,

v      `

MICHAEL MORSE, and MICHAEL J.
MORSE, P.C.,
   Defendants-Appellants.

SC: 159493
COA: 341082
Wayne CC: 17- 008068-CZ

_____/

   On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on June 13, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____June 14, 2019_____  

               Clerk